**No. 56141.**—Little Joe Wiesenfeld *v.* United States, protests 167065–K and 167066–K (Baltimore).

Opinion by RAO, J. The protests were dismissed.

**No. 56142.**—C. S. Emery & Company *v.* United States, protest 168069–K (St. Albans).

Opinion by RAO, J. The protest was dismissed.

**No. 56143.**—McDonald & Linforth *v.* United States, protest 731919–G (San Francisco).

Opinion by FORD, J. The protest was dismissed.

**No. 56144.**—Alfred Kohlberg, Inc. *v.* United States, protest 173874–K (New York).

Opinion by. FORD, J. The protest was dismissed.

BEFORE THE THIRD DIVISION, DECEMBER 6, 1951

**No. 56145.**—Tropical Hobbyland *v.* United States, protest 167796–K (Tampa).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of live birds similar in all material respects to those the subject of *Alfred Mazer* v. *United States* (25 Cust. Ct. 67, C. D. 1265), the claim of the plaintiff was sustained.

**No. 56146.**—Alfred A. Mazer et al. *v.* United States, protests 173768–K, etc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of live birds similar in all material respects to those the subject of *Alfred Mazer* v. *United States* (25 Cust. Ct. 67, C. D. 1265), the claim of the plaintiffs was sustained.

**No. 56147.**—Rinaldi Bros. & Co. *v.* United States, protest 174073–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *Naumes Forwarding Service* v. *United States* (24 Cust. Ct. 93, C. D. 1214), the claim for free entry under paragraph 1646 was sustained.

**No. 56148.**—Barnet Bros. Leather Co. *v.* United States, protest 125350–K (New York).